```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA          :       ORDER

       -v.-                        :       S5 12 Cr. 439

JOAQUIN ARCHIVALDO GUZMAN-LOERA,   :
    a/k/a "El Chapo,"
    a/k/a "Chapo Guzman,"          :

              Defendant.           :

- - - - - - - - - - - - - - - - - -X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Christian R. Everdell;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       February 25, 2014

                              _____
                              THE HONORABLE DEBRA FREEMAN
                              UNITED STATE MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK