UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | **ECF CASE** |
| UNITED STATES OF AMERICA | ) |  |
|  | ) | **NOTICE OF APPEARANCE** |
|  | ) | **AND REQUEST FOR** |
| v. | ) | **ELECTRONIC NOTIFICATION** |
|  | ) |  |
|  | ) | **12 Cr. 439 (PAC)** |
| JOAQUIN ARCHIVALDO GUZMAN LOERA ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

Dated:   January 11, 2016
         New York, New York

By: /s/ Shawn G. Crowley
    Shawn G. Crowley
    Assistant United States Attorney
    (212) 637-1034