```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :

     - v. -                        :
                                          ORDER
                                   :
MYKHAYLO KORETSKYY,
     a/k/a "Russian Mike,"         :      S9 12 Cr. 439 (PAC)
     a/k/a "Cobra,"
                                   :
               Defendant.
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Shawn G. Crowley and Stephanie Lake;

It is found that the Superseding Indictment in the above-captioned action, S9 12 Cr. 439 (PAC), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment, S9 12 Cr. 439 (PAC), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         January 5, 2018

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 05 2018